U.S. 226 (1971); *State v. Rankin,* 306 N.C. 712, 295 S.E. 2d 416 (1982); *State v. McNeill,* 33 N.C. App. 317, 235 S.E. 2d 274 (1977).

New trial.

DONALD S. COLLINS v. BEVERLY ANN DAVIS (WILLIAMS)

No. 359A84

(Filed 6 November 1984)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from a decision of the North Carolina Court of Appeals reported at 68 N.C. App. 588, 315 S.E. 2d 759 (1984) (*Judge Phillips,* with *Judge Wells* concurring in the result and *Judge Braswell* dissenting). The Court of Appeals found error in the trial judge's ruling granting defendant's motion for a directed verdict at the conclusion of plaintiff's evidence, and remanded for a new trial.

*Tate, Young, Morphis, Bogle, Bach & Farthing, by Thomas C. Morphis for the plaintiff-appellee.*

*Randy D. Duncan for the defendant-appellant.*

PER CURIAM.

Affirmed.